UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH PAGALING,<br><br>Plaintiff,<br><br>v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>Defendants. | Case No. 22-cv-02201 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

On April 8, 2022, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against Napa State Hospital and the Napa Soap Company. Dkt. No. 1. This matter was reassigned to the Undersigned on April 26, 2022, after Plaintiff declined magistrate judge jurisdiction. Dkt. Nos. 7, 9.

The Court notes that along with the complaint, Plaintiff filed a motion for leave to proceed *In Forma Pauperis* ("IFP"). Dkt. No. 2. However, the motion is deficient because it lacks the following supporting documentation: (1) a Certificate of Funds in Prisoner's Account completed by an authorized official; and (2) a copy of his prisoner trust account statement showing transactions for the last six months. In the interest of justice, Plaintiff shall be granted an extension of time to file these documents to complete his IFP application. Plaintiff shall respond **no later than twenty-eight (28) days** from the filing

date of this order.

**Failure to respond to this order in the time provided shall result in this action being dismissed without prejudice and without further notice to Plaintiff for failure to pay the filing fee.**

The Clerk shall enclose a copy of the court's IFP application with a copy of this order to Plaintiff.

**IT IS SO ORDERED.**

Dated: ___**July 14, 2022**_____

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file IFP
P:\PRO-SE\BLF\CR.22\02201Pagaling_eot-ifp.docx