UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH PAGALING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-02201 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant action with prejudice for failure to state a claim for relief. Judgment is entered accordingly.

**IT IS SO ORDERED.**

**Dated: ___August 3, 2022_____**

　　　　　　　　　　　　　　　　　　　　　*/s/ Beth Labson Freeman*
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.22\02201Pagaling_judgment