UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH PAGALING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-02201 BLF (PR)<br><br>**ORDER DENYING MOTIONS AS MOOT**<br><br><br>(Docket Nos. 19, 21, 20) |

Plaintiff, a state prisoner currently housed at Napa State Hospital ("NHS"), filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against NHS and the Napa Soap Company. Dkt. No. 1 at 2. On August 3, 2022, the Court dismissed the action for failure to state a claim for relief because Plaintiff's claim for wages did not state a cognizable claim under § 1983. Dkt. No. 15. Judgment was entered the same day. Dkt. No. 16.

Plaintiff has recently filed several items in this closed matter: (1) motion to subpoena staff members, Dkt. No. 19; (2) motion to change the amount of relief, Dkt. No. 21; and (3) "motion to settle this dispute via Judicial arbitration," Dkt. No. 20. These motions must be denied as moot since this matter has long since been dismissed and judgment entered. No further relief is available to Plaintiff in this matter.

The Clerk shall include a copy of the Order of Dismissal and Judgment, Dkt. Nos. 15, 16, and a copy of the docket with a copy of this order to Plaintiff. No further filings shall be accepted in this matter.

This order terminates Docket Nos. 19, 20, and 21.

**IT IS SO ORDERED.**

Dated:  __January 26, 2023_____                            /s/ Beth Labson Freeman
                                                                                       BETH LABSON FREEMAN
                                                                                       United States District Judge

Order Denying Motions as Moot
PRO-SE\BLF\CR.22\02201Pagaling_mots